IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| STANLEY SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>DIVISION DIRECTOR GARY MERLINE, et al.,<br><br>          Defendants. | Civil No. 07-1641 (JBS) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on August 4, 2008; and the Court noting the following appearances: Jonathan M. Korn, Esquire, appearing on behalf of the plaintiff; and James T. Dugan, Esquire, and Debra T. Kuser, Esquire, appearing on behalf of the defendants.

IT IS this **5th** day of **August, 2008,** hereby **ORDERED:**

1. The Court will conduct an in-person status conference on **September 18, 2008 at 11:30 a.m.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                        s/ Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge